UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MIT FINANCIAL GROUP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 10-10463-PBS |
| | ) | |
| WILLIAM M. PALMER, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER REGARDING MOTIONS

SOROKIN, M.J.                                         MAY 10, 2011

On April 20, 2011, Counterclaim Plaintiffs Maria and William Palmer moved for entry of a default of counterclaim defendants Hoadley and Martini. On April 22, 2011, Hoadley moved to vacate the default and on April 26, 2011, the undersigned denied the motion as moot because no default had entered on the docket and ordered an answer or other responsive pleading filed within ten days. Hoadley has complied with that Order.

Now the Palmers request the undersigned vacate the Court's Order and "hold in abeyance" all orders and motions concerning counterclaim defendant Hoadley until the Palmers' appeal of the Order is resolved by Judge Saris. Docket #54. This Motion is DENIED. Requiring the Palmers to respond to the fairly straightforward motions presented and likely to be presented while they pursue their objection to the order is neither unfair nor overly burdensome. In particular, the Court notes that (a) no default ever entered against Hoadley; (b) the record before the Court reveals that the Palmers were in communication with Hoadley's counsel prior to the filing of the default request; and (c) the only pending motions concerning Hoadley pertain to

scheduling of the case..

Regarding the pending matters in this case, the Court makes the following rulings and orders.

1. The Clerk shall enter the default of counterclaim defendant Martini in response to the Palmer's April 20, 2011 request as to this defendant.

2. In the Motion to Vacate and Stay discussed above, the Palmers requested more time to respond to the pending motions for more time, however, they already filed their response to MIT Financial's Motion for Extension of Time (#45). MIT Financial's Motion (#45) is ALLOWED. Regarding Hoadley's Motion for More Time (Docket # 47), the responses are now due on May 16, 2011.

/s/ Leo T. Sorokin
LEO T. SOROKIN, U.S.M.J.